UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **JOHN L. MAYS, JR.** | **CIV. ACTION NO. 5:22-CV-0509** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF SHREVEPORT, ET AL** | **MAG. JUDGE MARK L. HORNSBY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 4] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED**, **ADJUDGED, AND DECREED** that the Plaintiff's complaint, as amended, is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

MONROE, LOUISIANA, this 30th day of March 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE